## J. WILLIAM GAGNE, JR. *v.* ENRICO VACCARO
## (AC 28009)

Bishop, McLachlan and Harper, Js.

Argued March 25—officially released April 29, 2008

Per Curiam. The judgment is affirmed.

## DANIEL WILLIAMS *v.* COMMISSIONER OF
## CORRECTION
## (AC 28292)

Flynn, C. J., and McLachlan and Pellegrino, Js.

Submitted on briefs March 31—officially released April 29, 2008

Per Curiam. The appeal is dismissed.

## STATE OF CONNECTICUT *v.* RAYMOND APONTE
## (AC 28585)

DiPentima, Beach and West, Js.

Argued March 27—officially released April 29, 2008

Per Curiam. The judgment is affirmed.